AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

# Return

Case No.: 2:24-mj-00098-KFW

Date and time warrant executed: 4/1/24, 1:25 PM

Copy of warrant and inventory left with: Google

Inventory made in the presence of: SA Steven Fleenor

Inventory of the property taken and name(s) of any person(s) seized:

- All information and data held on Google servers related to Target account (bickfordjackson87@gmail.com.)
  Items Include:
  - Photos
  - Billing information
  - Location Data

SLF

# Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 5/20/24

_Executing officer's signature_

Steven L. Fleenor / SA, FBI
_Printed name and title_